Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                  Case No.:  15−11902−JNP
                  Chapter:  13
                  Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Deborah McCarthy
   529 South Broadway
   Pitman, NJ 08071

Social Security No.:
   xxx−xx−9927

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/28/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 28, 2019
JAN: kvr

                                                                   Jeanne Naughton
                                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 15-11902-JNP
Deborah McCarthy                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin             Page 1 of 2              Date Rcvd: Mar 28, 2019
                              Form ID: 148            Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2019.
```
db           +Deborah McCarthy,    529 South Broadway,    Pitman, NJ 08071-2408
cr           +Ventures Trust 2013-I-H-R by MCM Capital Partners,,    7500 Old Georgetown Road,
               Bethesda, MD 20814-6133
515309962    +BSI Financial Services,    314 Franklin Street Second Floor,    PO Box 517,
               Titusville, PA 16354-0517
517018323    +Fay Servicing, LLC,    3000 Kellway Dr.,    Ste 150,    Carrollton, TX 75006-3357
517018324    +Fay Servicing, LLC,    3000 Kellway Dr.,    Ste 150,    Carrollton, TX 75006,   Fay Servicing, LLC,
               3000 Kellway Dr. 75006-3357
515309967    +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
515309970    +HSBC,    PO Box 5203,    Carol Stream, IL 60197-5203
515309969    +Hill Wallack LLP,    202 Carnegie Center,    Princeton, NJ 08540-6239
515309972     Kennedy Health System,    PO Box 48023,    Newark, NJ  07101-4823
515309973    +Lourdes Cardiology Services PC,    PO Box 824699,    Philadelphia, PA 19182-4699
515309976     Pressler And Pressler,    7 Entin Road,    Parsippany, NJ  07054-5020
515377392    +Ventures Trust c/o BSI Financial,    PO Box 660605,    Dallas, Texas 75266-0605
517164708    +Wilmington Savings Fund Society, FSB,,    Fay Servicing, LLC,    3000 Kellway Dr. Ste 150,
               Carrollton, TX 75006-3357
517164709    +Wilmington Savings Fund Society, FSB,,    Fay Servicing, LLC,    3000 Kellway Dr. Ste 150,
               Carrollton, TX 75006,    Wilmington Savings Fund Society, FSB,,    Fay Servicing, LLC 75006-3357
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Mar 29 2019 00:20:39     U.S. Attorney,   970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 29 2019 00:20:36     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
515329195     EDI: AIS.COM Mar 29 2019 04:09:00     American InfoSource LP as agent for,
               Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK  73126-8941
515309961    +EDI: BANKAMER.COM Mar 29 2019 04:18:00     Bank Of America Home Loans,   450 American Street,
               Simi Valley, CA 93065-6285
515309963     EDI: CAPITALONE.COM Mar 29 2019 04:18:00     Cap One,   Po Box 85520,    Richmond, VA  23285
515526901     EDI: CAPITALONE.COM Mar 29 2019 04:18:00     Capital One Bank (USA), N.A.,   PO Box 71083,
               Charlotte, NC  28272-1083
515309964    +E-mail/Text: bankruptcy@cavps.com Mar 29 2019 00:21:01     Cavalry Portfolio Serv,
               Po Box 27288,    Tempe, AZ 85285-7288
515327859    +E-mail/Text: bankruptcy@cavps.com Mar 29 2019 00:21:01     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
515309965    +EDI: CHASE.COM Mar 29 2019 04:16:00     Chase,    PO Box 15298,   Wilmington, DE 19850-5298
515309966    +EDI: CCS.COM Mar 29 2019 04:11:00     Credit Coll,    Po Box 9134,   Needham, MA 02494-9134
515309968     EDI: RMSC.COM Mar 29 2019 04:19:00     GE Money Bank,    PO Box 981127,
               El Paso, TX  79998-1127
515309971     EDI: IRS.COM Mar 29 2019 04:19:00     Internal Revenue Service,    Bankruptcy Department,
               955 South Springfield Avenue,    Springfield, NJ  08071
515309974    +EDI: MID8.COM Mar 29 2019 04:14:00     Midland Funding,    8875 Aero Dr,
               San Diego, CA 92123-2255
515537011     EDI: PRA.COM Mar 29 2019 04:10:00     Portfolio Recovery Associates, LLC,
               c/o Dicks Sporting Goods,    POB 41067,    Norfolk VA 23541
515309977    +E-mail/Text: ecfbankruptcy@progleasing.com Mar 29 2019 00:20:47     Progressive,
               11629 South 700 East, Suite 250,    Draper, UT 84020-8399
515309978    +EDI: RMSC.COM Mar 29 2019 04:19:00     Syncb/dicks,    Po Box 965005,   Orlando, FL 32896-5005
                                                                                              TOTAL: 16
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
515309960    ##+Abramson Walker & Moore,    44 Cooper Street,    Woodbury, NJ 08096-4640
515309975    ##+Portfolio Recovery Ass,    287 Independence,    Virginia Beach, VA 23462-2962
                                                                                   TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Mar 28, 2019
                              Form ID: 148             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2019 at the address(es) listed below:
          Charles H. Jeanfreau    on behalf of Creditor    Ventures Trust 2013-I-H-R by MCM Capital Partners
           LLC, its Trustee Charlesj@w-legal.com,  BNCmail@w-legal.com
          Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, not individually but as trustee for Hilldale Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Joseph J. Rogers    on behalf of Debtor Deborah  McCarthy jjresq@comcast.net,
           jjrogers0507@gmail.com
          Justin  Plean    on behalf of Creditor    Wilmington Savings Fund Society, FSB bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;ras@ecf.courtdrive.com
          Rebecca Ann Solarz    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not individually but as trustee for Hilldale Trust rsolarz@kmllawgroup.com
          Sindi  Mncina    on behalf of Creditor    Wilmington Savings Fund Society, FSB smncina@rascrane.com
                                                                                             TOTAL: 8
```